UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    :

            v.                              :        CRIMINAL NO. 1:MI-00-083        **FILED**
                                                                                    HARRISBURG, PA
SCOTT ANTHONY MILLER                        :
                                                                                    APR 1 7 2003

                              O R D E R                          MARY E. D'ANDREA, CLERK
                                                                 Per_____
                                                                          Deputy Clerk

        This matter comes before the Court upon service of a subpoena upon United States
Probation Officer David Richwine, in the matter of Commonwealth of Pennsylvania vs. Scott
Anthony Miller, Cumberland County Court of Common Pleas, No. 03-0154 Criminal, requiring
the production of certain documents in the custody and control of David Richwine, which relate
to his official duties as the former probation officer of Scott Anthony Miller.

        IT IS HEREBY ORDERED that the release of any documents pertaining to Scott
Anthony Miller by Probation Officer Richwine and any testimony by Probation Officer Richwine
shall be limited to information contained in the public records of the Clerk of the Court for the
Middle District of Pennsylvania.

                                            _____
                                            YVETTE KANE
                                            U.S. DISTRICT JUDGE

DATE:___17 APR 03___